LIBERTY SQUARE REALTY CORP., Appellant, v THE DOE FUND, INC., et al., Respondents.

Submitted July 2, 2012; decided September 6, 2012

Motion to vacate this Court's June 4, 2012 dismissal order denied [*see* 19 NY3d 956 (2012)].

Judge CIPARICK taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL THOMAS, Also Known as NEIL ADAMS, Appellant.

Submitted August 27, 2012; decided September 6, 2012

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID A. BURR, Appellant, v DAVID ROCK, as Superintendent of Upstate Correctional Facility, Respondent.

Submitted June 18, 2012; decided September 6, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.